Salvatore Picariello (SBN 190442)
Fortis LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
T:714-839-3800 | F: 714-795-2995
spicariello@fortislaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITEPANELS, LTD., VIDENDUM PRODUCTION SOLUTIONS, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>GVM PHOTOGRAPHIC EQUIPMENT, INC.<br><br><br>Defendant(s) | CASE NUMBER:<br><br>CV- **2:24-mc-00137**<br><br><br>**WRIT OF EXECUTION** |

**TO:** THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  July 22, 2024   a judgment was entered in the above-entitled action in favor of:

LITEPANELS, LTD., VIDENDUM PRODUCTION SOLUTIONS, INC.

as Judgment Creditor and against:

GVM PHOTOGRAPHIC EQUIPMENT, INC.

as Judgment Debtor, for:

$ _____2,397,551.73_ Principal,
$ _____0.00_ Attorney Fees,
$ _____333,496.30_ Interest **, and
$ _____26,293.57_ Costs, making a total amount of
$ **_2,757,341.60_** **JUDGMENT AS ENTERED**

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** _____ **District of** New Jersey _____, to wit:

$ __50,689.78__ accrued interest, and

$ __65.00__ accrued costs, making a total of

$ __50,754.78__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __2,808,096.38__ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ __2,757,341.60__ Is due on the judgment as entered and bears interest at __5.50__ percent per annum, in the amount of $ __415.49__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: __11/26/24__    By: _____
                              Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
GVM Photographic Equipment, Inc.
c/o Registered Agent
Advanta Accountancy Inc.
1633 Old Bayshore Hwy. Ste. 280
Burlingame, CA 94010
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---