JS-6

Salvatore Picariello (SBN 190442)
FORTIS LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
Telephone: (714) 839-3800
Facsimile: (714) 795-2995
spicariello@fortislaw.com

*Attorneys for LITEPANELS, LTD. and VIDENDUM PRODUCTION SOLUTIONS, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITEPANELS, LTD., VIDENDUM PRODUCTION SOLUTIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GVM PHOTOGRAPHIC EQUIPMENT, INC.<br><br>Defendant. | Case No: 2:24-cv-10658-TJH-MAA<br><br>**ORDER APPROVING REQUEST AND ORDER FOR APPOINTMENT OF PROCESS SERVER [5]**<br><br>[FED. R. CIV. P. 4.1(a); L.R. 64-2 & 64-3] |

-1-
ORDER APPROVING REQUEST AND ORDER FOR APPOINTMENT OF PROCESS SERVER

## ORDER

The Court, having reviewed the Request for Appointment of Process Server (the "Request") filed by Plaintiffs LITEPANELS, LTD. and VIDENDUM PRODUCTION SOLUTIONS, INC. ("Plaintiffs"), and good cause appearing therefore, hereby ORDERS as follows:

1. The Request is hereby APPROVED;

2. Plaintiffs may employ a registered private process server, specifically identified as Nationwide Legal, LLC ("Nationwide") employs registered California process servers who: (1) are competent and not less than eighteen (18) years of age; (2) are not and will not be parties to this action;

3. Nationwide Legal, LLC is authorized and appointed to serve any Writs of Attachment and/or Writs of Execution entered in this action; and

4. The U.S. Marshal's Office shall remain the levying officer for any Writs of Attachment and/or Writs of Execution entered in this action.

DATED: December 18, 2024

/s/ Terry J. Hatter, Jr.
TERRY J. HATTER, JR.
United States District Judge

-2-
ORDER APPROVING REQUEST AND ORDER FOR APPOINTMENT OF PROCESS SERVER